# Court of Appeals
# of the State of Georgia

ATLANTA,  July 02, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2126. QUENTIN ROBINSON v. THE STATE.**

In 2004, Quentin Robinson pled guilty to armed robbery, aggravated assault, and possession of a firearm during the commission of a felony. He subsequently filed two motions for out-of-time appeal, which the trial court denied. We affirmed one of those denials on appeal. *Robinson v. State*, Case No. A16A0267 (April 22, 2016). In December 2018, Robinson, acting pro se, filed a third motion for out-of-time appeal. The trial court denied the motion on January 25, 2019, and Robinson filed his notice of appeal on February 27, 2019.[1] We lack jurisdiction because the notice of appeal was not timely filed.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Robinson filed his notice of appeal 33 days after entry of the trial court's order, his appeal is untimely, and it is hereby

---

[1] Robinson originally filed his notice of appeal in the Supreme Court, which transferred it to this Court after determining that the case did not invoke Supreme Court jurisdiction.

DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   *07/02/2019*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*